UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KWMAE SANDY,

                        Plaintiff,                    08 CV 3241 (GBD)

    -against-

THE CITY OF NEW YORK, and
JOHN DOES 1 through 3,                   **DECLARATION OF SERVICE**

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Michael B. Lumer, Esq., an attorney duly admitted to practice law before this Court and the Courts of the State of New York, pursuant to CPLR 2106, hereby declares under penalty of perjury that on April 8, 2008, at 3:48 p.m., I personally served a true copy of the Summons and Complaint upon The City of New York, by personally delivering a true copy thereof to Michael Cardozo, Esq., Corporation Counsel, at 100 Church Street, New York, New York 10007, by handing said documents to an unidentified female, a light complection female, approximately 24 years of age, five feet and three inches in height and one hundred thirty pounds in weight, located at the Fourth Floor Intake Window, who identified herself as a trainee working under Docketing Clerk No. 2, who is identified at said station as Jerry Bradshaw, and who stated that she was authorized to accept service on behalf of the municipal defendant.

Dated: Brooklyn, New York
       April 8, 2008

                                                 /s/   Michael Lumer
                                                 Michael B. Lumer, Esq. (ML-1947)
                                                 Reibman & Weiner
                                                 26 Court Street
                                                 Brooklyn, New York 11242
                                                 (718) 522-1743