UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

KWMAE SANDY,

                                                        Plaintiff,

                    -against-

City of New York, et al.,

                                                        Defendants.

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08-CV-3241 (GBD)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective immediately.

Dated: New York, New York
        May 19, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                              of the City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street, Room 3-209
                                          New York, New York 10007
                                          (212) 788-8684

                                   By:   _/s/ Maurice L. Hudson_____
                                              Maurice L. Hudson
                                              Special Federal Litigation Division

To:    Michael B. Lumer, Esq. (by ECF)
          *Attorney for Plaintiff*
          26 Court Street, Suite 1005
          Brooklyn, New York 11242